# EXHIBIT A



August 29, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 277264108143

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.ARK FOURNIER | Delivery Location: | 1108 E. SOUTH UNION |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | MIDVALE, UT, 84047 |
| | | Delivery date: | Aug 29, 2022 09:25 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 277264108143 | Ship Date: | Aug 26, 2022 |
| | | Weight: | 2.0 LB/0.91 KG |

Recipient:
SAVAGE SERVICES CORPORATION, C/O CT CORPORATION SYSTEM
1108 E SOUTH UNION AVE
MIDVALE, UT, US, 84047

Shipper:
Philip Mohr, Womble Bond Dickinson (US) LLP
300 North Greene Street Suite 1900
Greensboro, NC, US, 27401

Reference    91000-0010.2/1292



Thank you for choosing FedEx