UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| OAKLEY FERTILIZER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SAVAGE SERVICES CORPORATION and | ) | 7:22-CV-158-BO-RJ |
| CAROLINA MARINE TERMINAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendants' motion for summary judgment [DE 41] and plaintiff's partial motion for summary judgment [DE 48] pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff has responded, defendants have replied, and a hearing on the motion was held before the undersigned on March 7, 2024, in Elizabeth City, North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court DISMISSES WITH PREJUDICE plaintiff's claims against Savage Services Corporation.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court GRANTS defendant Carolina Marine Terminal's motion for summary judgment [DE 41]. Accordingly, the Court DENIES plaintiff's motion for partial summary judgment [DE 48]. The Court GRANTS defendant CMT's counterclaims regarding plaintiff's failure to pay storage fees and to meet the minimum annual throughput requirements for the remaining term of the Potash Agreement. Plaintiff Oakley Fertilizer, Inc. is ORDERED to pay $280,353.60 in dome storage fees and $1,714,000.00 in minimum annual throughput damages. Pre- and post-judgment interest is to be applied as provided by law. The Court DECLINES to enter a declaratory judgment in this matter.

**This judgment filed and entered on September 19, 2024, and served on:**
David Mitchell, Jr. (via CM/ECF NEF)
Luke Vance (via CM/ECF NEF)
Jesse Schaefer (via CM/ECF NEF)
Philip J. Mohr (via CM/ECF NEF)
Donald Pocock (via CM/ECF NEF)

September 19, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk